IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| ) | 4:06CR3163-01 |
| Plaintiff,         ) | |
| ) | ORDER OF DISMISSAL |
| v.                                  ) | |
| ) | |
| ROBERT KEMP,                         ) | |
| ) | |
| Defendant.        ) | |

    This matter is before the Court on Plaintiff's Motion to Dismiss Robert Kemp (Filing No. 81). Pursuant thereto,

    IT IS ORDERED Plaintiff's motion is granted; all counts of the indictment are dismissed as to Robert Kemp.

    July 26, 2007        BY THE COURT:

                              s/ *Richard G. Kopf*
                              RICHARD G. KOPF
                              United States District Judge